■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEXFORD HEMMINGS, Appellant. [595 NYS2d 345] —Judgment unanimously affirmed. Memorandum: The People's evidence concerning the chain of custody of the cocaine was sufficient to provide reasonable assurance of the identity and unchanged condition of the evidence *(see, People v Julian,* 41 NY2d 340, 343; *People v Moyer,* 186 AD2d 997; *People v McIntyre,* 175 AD2d 637, 638, *lv denied* 79 NY2d 860; *People v Green,* 155 AD2d 880, *lv denied* 75 NY2d 813). Defendant's statement, which County Court suppressed because it was taken in violation of defendant's *Miranda* rights *(see, Miranda v Arizona,* 384 US 436), was properly admitted for impeachment purposes *(see, People v Maerling,* 64 NY2d 134, 140). We decline to modify defendant's sentence in the interest of justice. (Appeal from Judgment of Monroe County Court, Celli, J.—Criminal Sale Controlled Substance, 2nd Degree.) Present—Callahan, J. P., Balio, Doerr, Boomer and Boehm, JJ.